AO 106 (Rev. 01/09) Application for a Search Warrant

US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED
DEC 08 2016
DOUGLAS F. YOUNG, Clerk
By _____
Deputy Clerk

## UNITED STATES DISTRICT COURT
for the
Western District of Arkansas

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* ) Case No. 2:16cm70
DROPBOX ACCOUNT LINKED TO EMAIL )
"JUSTINWILCOX21789@GMAIL.COM" STORED AT )
PREMISES CONTROLLED BY DROPBOX, INC. )

### APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that there is now concealed on the following person or property located in the ____Western____ District of ____Arkansas____ *(identify the person or describe property to be searched and give its location)*: See "Attachment A"

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*: See "Attachment B"

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☐ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of __18__ U.S.C. § __2252__, and the application is based on these facts: See "Attachment C"

☑ Continued on the attached sheet.

☐ Delayed notice of ____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Special Agent Earl Cranor, Homeland Security
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 12/8/16

_____
*Judge's signature*

City and state: Fort Smith, Arkansas

MARK E. FORD, U.S. MAGISTRATE JUDGE
*Printed name and title*

ATTACHMENT C

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| STATE OF ARKANSAS | : | |
| | : | |
| | : ss. | **AFFIDAVIT** |
| | : | |
| COUNTY OF SEBASTIAN | : | |

### Affidavit in Support of Application for Search Warrant

I, Earl A. Cranor, being duly sworn, depose and state as follows:

1. Earl Cranor, am a Special Agent with the United States Immigration and Customs Enforcement (ICE), currently assigned to the Special Agent in Charge of New Orleans, Louisiana, Fort Smith, Arkansas District Office, have been employed with ICE since November 2008. Prior to my employment with ICE, I served as a Parole/Probation Officer for seven years assigned to the Faulkner County Parole Office, located in Conway, AR. During the course of my employment as an ICE Special Agent and a Parole/Probation Officer, I have participated in and conducted investigations regarding criminal violations of child exploitation and child pornography including violations pertaining to the illegal production, distribution, transportation, receipt and possession of child pornography, in violation of 18 U.S.C. §§ 2251, 2251A, 2252(a) and 2252A. I have received training in the area of child pornography and child exploitation, and have had the opportunity to observe and review numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in all forms of media including computer media. I have also participated in the execution of search warrants and arrest warrants, a number of which involved child exploitation and/or child pornography offenses. This affidavit is being submitted based on information from my

1

own investigative efforts as well as information obtained from others who have investigated this matter and/or have personal knowledge of the facts herein.

2.  I am currently investigating the activities of **Justin WILCOX**. As it will be shown below, there is probable cause to believe that **Justin WILCOX** (HEREINAFTER WILCOX), did use the **DROPBOX ACCT, linked to the Google email account "justinwilcox21789@gmail.com" in violation of Title 18, United States Code, Sections Section 2252A(a)(2) and (b)(1).** I make this affidavit in support of an application for a search warrant for information associated with certain accounts that is stored at premises owned, maintained, controlled, or operated by Dropbox, Inc. (Dropbox), a cloud storage provider at 185 Berry Street, Suite 400, San Francisco, CA 94107. Dropbox is an online file storage service that keeps personal files safe, synced, and easy to share. The information to be searched is described in the following paragraphs and in Attachment A. Specifically, this affidavit is made in support of an application for a search warrant under 18 U.S.C. §§ 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A) to require Dropbox to disclose to the government records and other information in its possession pertaining to the subscribers or customers associated with the accounts, including the contents of communications pertaining to the subscriber Justin WILCOX, including any and all information and stored communications related to the account of **"justinwilcox21789@gmail.com"**, including any images, videos, and I.P. address associated with said accounts and the contents thereof.

3.  The statements in this affidavit are based in part on information provided by the Homeland Security Investigations, the Internet Crimes Against Children Taskforce, and my own investigation of this matter. Since this affidavit is being submitted for the limited purpose of securing a search warrant, I have not included each and every fact known to me concerning this

2

investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that evidence, fruits, and instrumentalities of the violations of Title 18, United States Code, Sections 2252 et. seq., are presently located at the Premises.

### Statutory Authority

4. This investigation concerns alleged violations of Title 18, United States Code, Sections 2252A(a)(5)(B), knowingly possesses, or knowingly accesses with intent to view, any book, magazine, periodical, film, videotape, computer disk, or any other material that contains an image of child pornography that has been mailed, or shipped or transported using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce by any means, including by computer, or that was produced using materials that have been mailed, or shipped or transported in or affecting interstate or foreign commerce by any means, including by computer;

### Probable Cause

5. On October 21, 2016, the Internet Crimes Against Children (ICAC) Task Force received cyber tip (reference number 14383611) from the National Center for Missing and Exploited Children (NCMEC). The cyber-tip originated from Facebook.com, which reported the uploading of a suspected image of child pornography from a specific Facebook account user. Specifically, the cyber tip states that on September 1, 2016 at 09:02:24UTC, Facebook.com reported an image uploaded entitled:

"root-request-tempfilesa863angwvsowosoo14171998_163934290711397_188674029_n.jpg," which depicts a prepubescent male child approximately 7-10 years of age with the camera focused on the genitals. The child has no clothing on and the photo is from the abdomen to the knees. The

focal point of the image is of the minor's penis. This image was uploaded to the Internet via Facebook.com, a social networking site by the Facebook account "Justin WILCOX."

6. Also, submitted by Facebook.com was the I.P. address, 70.178.210.81, from which the image of child pornography was uploaded. On October 26, 2016, a summons was issued to Cox Communications for subscriber information. On November 12, 2016, the summons return was received by HSI and revealed the subscriber for the I.P. address 70.178.210.81, from July 15, 2016 until September 28, 2016, was "Leon Warrick at 540 Belle Ave, Fort Smith, AR 72901-3051, (479) 782-9598, (479) 7194997, (479) 782-9598". Agents were able to determine the Facebook user was Justin WILCOX, DOB: 8-22-97, based on the above information.

7. On November 22, 2016, the Internet Crimes Against Children (ICAC) Task Force made contact with Justin WILCOX and subsequently interviewed him at the HSI Fort Smith office. WILCOX, post-*Miranda*, admitted to agents he had downloaded numerous videos of child pornography and had several more in his Dropbox app on his Samsung cell phone. WILCOX had the aforementioned cell phone in his pocket at the time law enforcement encountered him. WILCOX gave written consent for agents to examine his Samsung cell phone, which revealed numerous videos of child pornography. WILCOX recited for agents his Dropbox account email as, "**justinwilcox21789@gmail.com**." Upon also examining the Samsung cell phone, agents opened WILCOX'S Dropbox account, "**justinwilcox21789@gmail.com**" and observed several more videos of child pornography.

## TECHNICAL BACKGROUND

14. In my training and experience, I am aware that Dropbox is a service that allows its users to store files on Dropbox's servers, very similar to other cloud storage and internet based

4

storage sites. According to Dropbox's privacy policy, at https://www.dropbox.com/privacy, Dropbox collects and stores "the files you upload, download, or access with the Dropbox Service," and also collects logs:

15. "When you use the Service, we automatically record information from your Device, its software, and activity using the Services. This may include the Devices Internet Protocol ("IP") address, browser type, the web page visited before you came to our website, information you search for on our website, locale preferences, identification numbers associated with your Devices, your mobile carrier, date and time stamps associated with transactions, system configuration information, metadata concerning your Files, and other interactions with the Service."

16. "Dropbox is a free service that lets you bring all your photos, docs, and videos anywhere. This means that any file you save to your Dropbox will automatically save to all your computers, phones and even the Dropbox website."

17. In general, providers like Dropbox ask each of their subscribers to provide certain personal identifying information when registering for an ACCOUNT. This information can include the subscriber's full name, physical address, telephone numbers and other identifiers, e-mail addresses, and, for paying subscribers, a means and source of payment (including any credit or bank account number). Providers typically retain certain transactional information about the creation and use of each account on their systems. This information can include the date on which the account was created, the length of service, records of log-in (i.e., session) times and durations, the types of service utilized, the status of the account (including whether the account is inactive or closed), the methods used to connect to the account, and other log files that reflect usage of the account. In addition, providers often have records of the Internet Protocol address

("IP address") used to register the account and the IP addresses associated with particular logins to the account. Because every device that connects to the Internet must use an IP address, IP address information can help to identify which computers or other devices were used to access the ACCOUNT.

## INFORMATION TO BE SEARCHED AND THINGS TO BE SEIZED

18. I anticipate executing this warrant under the Electronic Communications Privacy Act, in particular 18 U.S.C. §§ 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A), by using the warrant to require Dropbox to disclose to the government copies of the records and other information (including the content of communications) particularly described in Section I of Attachment B. Upon receipt of the information described in Section I of Attachment B, government-authorized persons will review that information to locate the items described in Section II of Attachment B.

## CONCLUSION

19. Based on the aforementioned factual information, and my training and experience, your affiant respectfully submits that there is probable cause to believe that evidence, fruits, and instrumentalities of violations of 18 U.S.C. §§ Sections 2252A(a)(5)(B) are located on the computer systems in the control of Dropbox.

20. This Court has jurisdiction to issue the requested warrant because it is "a court of competent jurisdiction" as defined by 18 U.S.C. § 2711. 18 U.S.C. §§ 2703(a), (b)(1)(A) & (c)(1)(A). Specifically, the Court is "a district court of the United States . . . that – has jurisdiction over the offense being investigated." 18 U.S.C. § 2711(3)(A)(i).

21. Pursuant to 18 U.S.C. § 2703(g), the presence of a law enforcement officer is not required for the service or execution of this warrant.

Respectfully submitted,

_____
Earl A. Cranor
Special Agent
Homeland Security Investigations

Subscribed and sworn to before me
on __12/8/16_____:

_____
HON. MARK E. FORD
UNITED STATES MAGISTRATE JUDGE

7

# ATTACHMENT A

## Property to Be Searched

This warrant applies to any and all information associated with **DROPBOX ACCT, associated with Google email, ""justinwilcox21789@gmail.com"** that is stored at premises owned, maintained, controlled, or operated by Dropbox, Inc., a cloud storage provider at 185 Berry Street, Suite 400, San Francisco, CA 94107

## **ATTACHMENT B**

Particular Things to be Seized

I.   Information to be disclosed by Dropbox.

To the extent that the information described in Attachment A is within the possession, custody, or control of Dropbox. Dropbox is required to disclose the following information to the government for each account or identifier listed in Attachment A:

a.   All records or other information regarding the identification of the account, to include full name, physical address, telephone numbers and other identifiers, alternate email address, records of session times and durations, the date on which the account was created, the length of service, the types of service utilized, the IP address used to register the account, log-in IP addresses associated with session times and dates, account status, alternative e-mail addresses provided during registration, methods of connecting, log files, and means and source of payment (including any credit or bank account number).

b.   The contents of any and all emails/ messenger communications stored in the subscriber's Dropbox Account and/or the contents of any and all emails, messages, pictures, images and videos, as well as, communications, including.

c.   All records or other information stored by an individual using the account or associated accounts, including emails, messenger communication logs, address books, contact and buddy lists, pictures, and files;

d.   Any and all contents of electronic files stored in the subscriber's Briefcase and/or Dropbox account.

e.   Any and all Dropbox IDs listed on the subscriber's Friends list.

 f. All records pertaining to communications between Dropbox and any person regarding the account, including contacts with support services and records of actions taken.

**II. Information to be seized by the government**

1. All information described above in Section I, including correspondence, records, documents, photographs, videos, electronic mail, chat logs, and electronic messages that constitutes fruits, evidence and instrumentalities of violations of 18 U.S.C. §§ 2252, including, for each account or identifier listed on Attachment A, information pertaining to the following matters:

 a. U.S. citizens and permanent residents traveling in interstate or foreign commerce for the purpose of engaging in any illicit sexual conduct as defined in 18 U.S.C. § 2423(f);

 b. U.S. citizens and permanent residents travelling in foreign commerce and engaging in any illicit sexual conduct as defined in 18 U.S.C. § 2423(f);

 c. Anyone arranging, inducing, procuring, or facilitating the travel of a person knowing that such a person is traveling in interstate or foreign commerce for the purpose of engaging in illicit sexual conduct as defined in 18 U.S.C. § 2423(f); or

 d. Any person employing, using, persuading, inducing, enticing, or coercing a minor or purported/suspected minor , or any other person, to engage in, or assist another person to engage in, any sexually explicit conduct.

2. Credit card and other financial information including but not limited to bills and payment records;

3. Evidence of who used, owned, or controlled each account or identifier listed on Attachment A ;

4. Evidence of the times each account or identifier listed on Attachment A was used;

5. Passwords and encryption keys, and other access information that may be necessary to access each account or identifier listed on Attachment A and other associated accounts.

11